**FILED**

July 02, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Joseph Hinojos
DEPUTY

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED  STATES  DISTRICT  COURT

WESTERN DISTRICT OF TEXAS,    PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br>Mario Arturo GUERRA GARCIA | **CRIMINAL COMPLAINT**<br><br>**Case Number: PE: 26-MJ-257** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____6/28/2026_____ in _____Brewster_____ County, in the _____Western District Of Texas_____ defendant(s) did, knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, or attempt to transport and move such alien within the United States in furtherance of said violation of law, for the purpose of commercial advantage or private financial gain

in violation of Title _____8_____ United States Code, Section(s) _____1324(a)(1)(A)(ii) & (a)(1)(B)(i)_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

Complaint sworn to telephonic ally and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

*Adrian Flores*
Signature of Complainant

Adrian Flores
Printed Name of Complainant

7/2/2026
Date

David Fannin          U.S. Magistrate Judge
Name & Title of Judicial Officer

at      Pecos, TX
City/State

Signature of Judicial Officer

## AFFIDAVIT

**United States of America v.**
**Defendant:**

1.  GUERRA-GARCIA, Mario Arturo

I, Adrian Flores, Border Patrol Agent, being duly sworn, depose and state the following:

1.  On June 28, 2026, at approximately 1350 hours, Border Patrol Agents were conducting checkpoint operations at the United States Border Patrol Checkpoint on Highway 385, south of Marathon, Texas. This remote area is frequently used by smugglers due to its proximity to Big Bend National Park and the Mexican border.

2.  Agents observed a red Ford Explorer with Texas plates entering the checkpoint. The vehicle showed damage, had dark window tint, and was riding low in the rear. The driver stated he did not speak English. There was a female passenger in the front seat and three passengers in the back, including two minors. All occupants admitted to being citizens of Mexico without legal documentation to be in the United States. The driver was identified as Mario Arturo Guerra-Garcia. The vehicle was moved to secondary inspection. During secondary inspection, four additional subjects were found lying down in the rear of the vehicle, attempting to conceal themselves. All admitted to being citizens of Mexico and to being in the United States illegally. All subjects were arrested in Brewster County, Texas, and transported to the Alpine Station for processing.

3.  At Alpine Station, I administered Miranda Rights to Guerra-Garcia in Spanish, who confirmed understanding and agreed to speak without an attorney. He consented to a search of his phone.

4.  Guerra-Garcia stated he was facing financial difficulties and decided to travel to Odessa, Texas, for employment. Guerra-Garcia stated that the group was staged in Ojinaga, Mexico, on Friday June 26, and on Saturday evening, they were transported by an unidentified smuggler to a location east of Ojinaga, near the river. On Sunday June 28, at approximately 11:00 AM, the group boarded the vehicle, and the smuggler drove them across the Rio Grande at a location unfamiliar to Guerra-Garcia. Once across, Guerra-Garcia voluntarily took over as the driver while the smuggler returned to Mexico on foot. Guerra-Garcia stated that another member of the group was responsible for navigation, using a map on their cell phone to direct him. The plan was to drive to Midland, Texas, where everyone would then continue to their own destinations.

5.  Guerra-Garcia admitted he was aware that crossing the river in this manner was illegal and acknowledged that the individuals he was transporting did not have legal documentation to be in the United States. During the search of his cell phone, agents found voice messages to his sister, Cinthia, in which Guerra-Garcia stated he agreed to drive the vehicle and transport undocumented individuals into the United States in exchange for having his smuggling fees waived. Additional messages revealed that Guerra-Garcia was aware of the Border Patrol checkpoint on their route and that scouts in Marathon, Texas, would notify smuggling facilitators when the checkpoint was closed.

6.  Record checks revealed Guerra-Garcia's prior convictions for Driving Under the Influence, Possession of Cocaine, and Illegal Re-Entry.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Adrian Flores*

Border Patrol Agent
Adrian Flores

United States Magistrate Judge
David B. Fannin